UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

UNITED STATES OF AMERICA,

- v. -

LUIS FERNANDO SANTANA BAEZ,

Defendant.

26-cr-00542 (JLR)

**ORDER**

JENNIFER L. ROCHON, United States District Judge:

It is hereby ORDERED that an initial appearance and arraignment will be held on **November 17, 2026 at 12:45 p.m.** in Courtroom 20B, of the Daniel Patrick Moynihan United States Courthouse, 500 Pearl Street, New York, NY 10007.

Dated: November 16, 2026
New York, New York

SO ORDERED.

Jennifer Rochon

JENNIFER L. ROCHON
United States District Judge